United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROXANA AZDANLOU,

        Plaintiff,

    v.

MT. DIABLO UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

_____/

No. C 11-1022 PJH

**ORDER STRIKING AMENDED COMPLAINT**

    On June 15, 2011, plaintiff filed an amended complaint without the opposing party's written consent or leave of court pursuant to FRCP 15(a)(2).  Because defendants filed a motion to dismiss the single cause of action alleged in the complaint pursuant to FRCP 12(b)(6) and a motion to strike pursuant to FRCP 12(f)(2) on March 29, 2011, as re-noticed on March 31, 2011, for hearing before this court, plaintiff's time to amend as of right within 21 days after service of those motions has expired.  FRCP 15(a)(1).  The court therefore STRIKES the amended complaint as improperly filed.

    However, plaintiff's attempt to amend the complaint may suggest that plaintiff is aware of certain deficiencies in the original complaint.  Accordingly, plaintiff may file a motion for leave to amend her complaint, or may enter into a stipulation with defendants that she can amend her complaint.  As the original complaint remains the operative complaint, defendants' motion to dismiss and to strike remain on calendar for hearing on July 27, 2011.  If plaintiff moves to amend the complaint before defendants' motions are heard, then the court would find it in the interest of judicial economy to first address the grounds for amendment, which may obviate the need to decide defendants' motions.  The

parties shall meet and confer within ten days and attempt to agree on an approach that will streamline this process.

**IT IS SO ORDERED.**

Dated: June 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge