TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)     [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY LLP
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendants
MT. DIABLO UNIFIED SCHOOL DISTRICT and COLLEGE PARK HIGH SCHOOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA AZDANLOU,<br><br>    Plaintiff,<br><br>v.<br><br>MT. DIABLO UNIFIED SCHOOL DISTRICT, COLLEGE PARK HIGH SCHOOL, DOES 1 to 10,<br><br>    Defendants.<br>_____ / | Case No. C11-01022 PJH<br><br>**STIPULATION TO POSTPONE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE; [~~PROPOSED~~] ORDER** |

    It is hereby stipulated by and between the parties, subject to the court's approval, that the Motions to Dismiss and to Strike, concerning the original Complaint in this matter, now scheduled for hearing on July 27, 2011, be postponed to August 24, 2011. If the foregoing postponement is approved by the court, plaintiff's opposition to the pending motion shall be due on or before August 3, 2011 and defendants' reply brief in support of the motion will be due on or before August 10, 2011.

    The parties request the foregoing stipulation based on their ongoing efforts to meet and confer concerning a possible stipulation to the filing on an Amended Complaint by the plaintiff. Discussions are ongoing, however, they have been complicated in part by the fact that plaintiff has, since the filing of her original Complaint, graduated from College Park High School and, therefore, is no longer a student in the Mt. Diablo Unified School Distirct. This development



1 affects, amongst other things, the request for injunctive relief set forth in plaintiff's initial
2 Compliant.  Counsel are currently conferring concerning what, if any, potential federal causes of
3 action will continue exist in light of the foregoing developments.
4     IT IS SO STIPULATED.
5 Dated: 7-19-11

7 Albert L. Boasberg, Esq.
   Attorney for Plaintiff

9 Dated: 7-19-11                  EDRINGTON, SCHIRMER & MURPHY LLP

12 Timothy P. Murphy, Esq.
   Attorney for Defendants

14     The court, having reviewed the foregoing Stipulation and proposed Order, and good cause
15 appearing therefore, hereby accepts the Stipulation and grants the request therein. The July 27,
16 2011 hearing on defendants' Motions to Dismiss and to Strike are hereby vacated. The motion
17 will be reset on the court's calendar to August 24, 2011 at 9:00 a.m. in Courtroom 3, 3rd Floor of
18 the above-entitled court. Plaintiff's opposition to the motions shall be due on or before August 3,
19 2011 and defendants' reply brief shall be due on or before August 10, 2011, in the event the
20 parties have not reached a Stipulation concerning the filing of an Amended Complaint in advance
21 of said dates.
22 Dated: 7/20/11

24 District Judge Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton