1  TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
2  EDRINGTON, SCHIRMER & MURPHY LLP           [G.C. 6103]
   The Terraces
3  2300 Contra Costa Blvd., Suite 450
   Pleasant Hill, CA 94523
4  Telephone: (925) 827-3300

5  Attorney for Defendants
   MT. DIABLO UNIFIED SCHOOL DISTRICT and COLLEGE PARK HIGH SCHOOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA AZDANLOU, | Case No. C11-01022 PJH |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER THEREON |
| MT. DIABLO UNIFIED SCHOOL DISTRICT, COLLEGE PARK HIGH SCHOOL, DOES 1 to 10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be, and hereby is, dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1), each party to bear his/its own fees and costs, including attorneys' fees.

Dated: 8-8-11

_____
Albert L. Boasberg, Esq.
Attorney for Plaintiff

Dated: 8-9-11

EDRINGTON, SCHIRMER & MURPHY LLP

_____
Timothy P. Murphy, Esq.
Attorney for Defendants

1
2  IT IS SO ORDERED.
3  Dated: __8/9/11__

ORDER

_____
District Judge

*Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28